```
 1   JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
 2   THOMAS MOORE (ASBN 4305-078T)
     Assistant United States Attorney
 3   Chief, Tax Division
     BLAKE D. STAMM (CTBN 301887)
 4    9th Floor Federal Building
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California  94102
       Telephone:  (415) 436-7065
 6
     Attorneys for the United States of America
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NIDIA A. GONZALEZ, | ) | No. CV-10-1387-MEJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO EXTEND TIME TO |
| UNITED STATES OF AMERICA, | ) | ANSWER AND CONTINUING THE |
|  | ) | CASE MANAGEMENT CONFERENCE |
| Defendant. | ) | AND [PROPOSED] ORDER THEREON |
|  | ) | |

For the reason that additional time is needed in order that the United States Attorneys' Office may review Internal Revenue Service administrative files, it is hereby stipulated by and between plaintiff in this matter and defendant United States of America, through their respective counsel, that the time for the defendant to answer or otherwise move with respect to the complaint herein be extended to and including the 15th day of June, 2010, and that the case management conference scheduled for July 8, 2010, be continued to July 22, 2010, at 10:00 A.M.

///

///

///

///

///

///

|   |   |
|---|---|
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| /s/<br>SCOTT H. FREWING, Esq.<br>Attorney for Plaintiff | /s/<br>BLAKE D. STAMM<br>Assistant United States Attorney<br>Tax Division<br>Attorneys for Defendant |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 7, 2010

_____
UNITED STATES MAGISTRATE JUDGE

**STIP. TO EXTEND TIME TO ANS. &
CONT. THE CMC AND [PROPOSED]
ORDER (NO. CV-10-1387)**

2