1  Scott H. Frewing, State Bar No. 191311
   Katherine T. Sakoda, State Bar No. 264839
2  **BAKER & McKENZIE LLP**
   660 Hansen Way
3  Palo Alto, CA  94304-1044
   Telephone: +1 650 856 2400
4  Facsimile:   +1 650 856 9299
   scott.frewing@bakermckenzie.com
5  katherine.sakoda@bakermckenzie.com

6  Attorneys for Plaintiff

7  NIDIA A. GONZALEZ

8
   Joseph P. Russoniello, CSBN 44332
9  **United States Attorney**
   Thomas Moore ASBN 4305-078T
10 **Chief, Tax Division**
   Blake D. Stamm, CTBN 301887
11 **Assistant United States Attorney**
   10th Floor Federal Building
12 450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
13 Telephone: +1 415 436 7063
   Facsimile: +1 415 436 6748

14
   Attorneys for Defendant
15
   UNITED STATES OF AMERICA
16

17              IN THE UNITED STATES DISTRICT COURT

18            FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20 NIDIA A. GONZALEZ,                    **Case No.  C-10-1387 CRB**

21          Plaintiff,                   **STIPULATION TO CONTINUE CASE
                                         MANAGEMENT CONFERENCE AND**
22     v.                               **[PROPOSED] ORDER**

23 UNITED STATES OF AMERICA,

24          Defendant.

25

26        Pursuant to the Court's Order Setting Case Management Conference, the parties stipulate to

27 continue the Case Management Conference scheduled for August 20, 2010 to September 3, 2010 at

28 8:30 A.M.   The reason for the continuance is that Plaintiff's pro bono counsel had previously

                                    1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

                                                    Case No. C-10-1387 CRB
                        STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

scheduled travel prior to the government requesting reassignment of this matter and the Court setting the revised Case Management Conference date.  Prior to the reassignment to this Court, the parties had conferred pursuant to FED. R. CIV. P. 26(f) and discussed a draft Case Management Conference statement.

Dated:  August 3, 2010                          BAKER & McKENZIE LLP


                                                By: /s/  Scott H. Frewing, Esq.
                                                    Scott H. Frewing
                                                    Attorneys for Plaintiff
                                                    NIDIA A. GONZALEZ

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney


                                                By: /s/  Blake D. Stamm, Esq.
                                                    Blake D. Stamm
                                                    Assistant United States Attorney
                                                    Tax Division


        Pursuant to the stipulation of the parties, the Case Management Conference scheduled for August 20, 2010 is vacated and the Case Management Conference shall be held on September 3, 2010 at 8:30 A.M..

        **IT IS SO ORDERED**.


Dated: August 9, 2010                           _____
                                                CHARLES R. [...]
                                                UNITED STAT[...]

IT IS SO ORDERED

Judge Charles R. Breyer

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. C-10-1387 CRB
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE