```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    BLAKE D. STAMM (CTBN 301887)
 4   10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
 5   San Francisco, California  94102
     Telephone:  (415) 436-7017
 6   Fax:         (415) 436-6748

 7  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIDIA A. GONZALEZ, | Case No. CV-10-1387-MEJ |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE FINAL DATE FOR DISPOSITIVE MOTIONS AND (~~PROPOSED~~) ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties have been attempting to negotiate settlement in this matter and are currently waiting financial disclosures by the plaintiff.  As a result the parties stipulate to the continuance of final dates for dispositive motions from September 15, 2010 as set out in the Joint Case Management Conference Statement to October 29, 2010.

Dated:                                                       MELINDA HAAG
                                                             United States Attorney

                                                                    /s/
                                                             BLAKE D. STAMM
                                                             Assistant United States Attorney


Dated:                                                              /s/
                                                             SCOTT FREWING
                                                             Attorney for Plaintiff

| | |
|---|---|
| 1 | SO ORDERED. |
| 2 | Dated: September 15, 2010 |



THE HONORABLE CHARLES R. BREYER
United S...

Stip To Continue Final Date For Dispositive
Motions & [proposed] Order (C–10-1387-MEJ)        2