1  Scott H. Frewing, State Bar No. 191311
   Katherine T. Sakoda, State Bar No. 264839
2  **BAKER & McKENZIE LLP**
   660 Hansen Way
3  Palo Alto, CA  94304-1044
   Telephone: +1 650 856 2400
4  Facsimile:  +1 650 856 9299
   scott.frewing@bakermckenzie.com
5  katherine.sakoda@bakermckenzie.com

6  Attorneys for Plaintiff

7  NIDIA A. GONZALEZ

8

9  Melinda Haag, CABN 132612
   **United States Attorney**
   Thomas Moore ASBN 4305-078T
10 **Chief, Tax Division**
   Blake D. Stamm, CTBN 301887
11 **Assistant United States Attorney**
   10th Floor Federal Building
12 450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
13 Telephone: +1 415 436 7063
   Facsimile: +1 415 436 6748
14
   Attorneys for Defendant
15
   UNITED STATES OF AMERICA
16

17                    IN THE UNITED STATES DISTRICT COURT

18                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                            SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  NIDIA A. GONZALEZ, | **Case No.  C-10-1387 CRB** |
| 21      Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FINAL DATE FOR DISPOSITIVE MOTIONS AND [PROPOSED] ORDER** |
| 22      v. | |
| 23  UNITED STATES OF AMERICA, | |
| 24      Defendant. | |

26       Pursuant to the Court's Order Setting Case Management Conference, the parties stipulate to

27 continue the Case Management Conference scheduled for October 15, 2010 to November 19, 2010

28 at 8:30 A.M.  The Parties also stipulate to continue the final date to file dispositive motions from

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. C-10-1387 CRB
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

1   October 29, 2010, as set out in the Court's order dated September 15, 2010, to November 19, 2010.

2   The reason for the continuance is that the Parties are currently engaged in productive settlement

3   negotiations.

4
5   Dated:  October 8, 2010                              BAKER & McKENZIE LLP

6
7                                                        By: /s/  Scott H. Frewing
                                                             Scott H. Frewing
                                                             Attorneys for Plaintiff
8                                                            NIDIA A. GONZALEZ

9   Dated:  October 8, 2010                              MELINDA HAAG
                                                         United States Attorney
10
11
12                                                       By: /s/  Blake D. Stamm
                                                             Blake D. Stamm
                                                             Assistant United States Attorney
13                                                           Tax Division
14
15
16       Pursuant to the stipulation of the parties, the Case Management Conference scheduled for

17  October 15, 2010 is vacated and the Case Management Conference shall be held on ~~November 19~~ December 17,

18  2010 at 8:30 A.M and the final date for dispositive motions shall be continued from October 29,

19  2010 to November 19, 2010.

20       **IT IS SO ORDERED**.

21
22  Dated: Oct. 14, 2010
                                                         _____
23                                                       CHARLES R. BREYER
                                                         UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2

Case No. C-10-1387 CRB
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FINAL DATE FOR DISPOSITIVE MOTIONS AND PROPOSED ORDER