Scott H. Frewing, State Bar No. 191311
Katherine T. Sakoda, State Bar No. 264839
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:   +1 650 856 9299
scott.frewing@bakermckenzie.com
katherine.sakoda@bakermckenzie.com

Attorneys for Plaintiff

NIDIA A. GONZALEZ

Melinda Haag, CABN 132612
**United States Attorney**
Thomas Moore ASBN 4305-078T
**Chief, Tax Division**
Blake D. Stamm, CTBN 301887
**Assistant United States Attorney**
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: +1 415 436 7063
Facsimile: +1 415 436 6748

Attorneys for Defendant

UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIDIA A. GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **Case No.  C-10-1387 CRB**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FINAL DATE FOR DISPOSITIVE MOTIONS AND [PROPOSED] ORDER** |

        Pursuant to the Court's Order Setting Case Management Conference, the parties stipulate to

continue the Case Management Conference scheduled for December 17, 2010 to February 18, 2011

at 8:30 A.M.  The Parties also stipulate to continue the final date to file dispositive motions from

1

November 19, 2010 to January 21, 2011.  The reason for the continuance is that the Parties have

reached a tentative settlement agreement that requires approval from the main Department of Justice

Tax Division in Washington, D.C.

Dated:  December 9, 2010                    BAKER & McKENZIE LLP


                                            By: /s/  SCOTT H. FREWING
                                               Scott H. Frewing
                                               Attorneys for Plaintiff
                                               NIDIA A. GONZALEZ

Dated:  December 9, 2010                    MELINDA HAAG
                                            United States Attorney


                                            By: /s/  BLAKE D. STAMM
                                               Blake D. Stamm
                                               Assistant United States Attorney
                                               Tax Division



        Pursuant to the stipulation of the parties, the Case Management Conference scheduled for

December 17, 2010 is vacated and the Case Management Conference shall be held on February 18,

2010 at 8:30 A.M and the final date for dispositive motions shall be continued from November 19,

2010 to January 21, 2011.

        **IT IS SO ORDERED**.


Dated: Dec. 10, 2010      _____
                          CHARLES R. BREYER
                          UNITED STATES DISTRICT

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. C-10-1387 CRB
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FINAL DATE FOR DISPOSITIVE MOTIONS AND
PROPOSED ORDER