Scott H. Frewing, State Bar No. 191311
Katherine T. Sakoda, State Bar No. 264839
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299
scott.frewing@bakermckenzie.com
katherine.sakoda@bakermckenzie.com

Attorneys for Plaintiff

NIDIA A. GONZALEZ


Melinda Haag, CABN 132612
**United States Attorney**
Thomas Moore ASBN 4305-078T
**Chief, Tax Division**
Blake D. Stamm, CTBN 301887
**Assistant United States Attorney**
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: +1 415 436 7063
Facsimile: +1 415 436 6748

Attorneys for Defendant

UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIDIA A. GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **Case No. C-10-1387 CRB** <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FINAL DATE FOR DISPOSITIVE MOTIONS AND [PROPOSED] ORDER** |

Pursuant to the Court's Order Setting Case Management Conference, the parties stipulate to continue the Case Management Conference scheduled for February 18, 2011 to March 18, 2011 at 8:30 A.M. The Parties also stipulate to continue the final date to file dispositive motions from

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. C-10-1387 CRB
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

January 21, 2011 to March 4, 2011. The reason for the continuance is that the Parties have reached a tentative settlement agreement that requires approval from the U.S. Department of Justice Tax Division in Washington, D.C.

Dated: February 11, 2011          BAKER & McKENZIE LLP


                                  By: /s/ SCOTT H. FREWING
                                      Scott H. Frewing
                                      Attorneys for Plaintiff
                                      NIDIA A. GONZALEZ

Dated: February 11, 2011          MELINDA HAAG
                                  United States Attorney


                                  By: /s/ BLAKE D. STAMM
                                      Blake D. Stamm
                                      Assistant United States Attorney
                                      Tax Division

Pursuant to the stipulation of the parties, the Case Management Conference scheduled for February 18, 2011 is vacated and the Case Management Conference shall be held on March 18, 2011 at 8:30 A.M and the final date for dispositive motions shall be continued from January 21, 2011 to March 4, 2011.

**IT IS SO ORDERED**.

Dated: Feb. 15, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. C-10-1387 CRB
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FINAL DATE FOR DISPOSITIVE MOTIONS AND PROPOSED ORDER