1  Scott H. Frewing, State Bar No. 191311
   Katherine T. Sakoda, State Bar No. 264839
2  **BAKER & McKENZIE LLP**
   660 Hansen Way
3  Palo Alto, CA  94304-1044
   Telephone: +1 650 856 2400
4  Facsimile:  +1 650 856 9299
   scott.frewing@bakermckenzie.com
5  katherine.sakoda@bakermckenzie.com

6  Attorneys for Plaintiff

7  NIDIA A. GONZALEZ

8

9  Melinda Haag, CABN 132612
   **United States Attorney**
   Thomas Moore ASBN 4305-078T
10 **Chief, Tax Division**
   Blake D. Stamm, CTBN 301887
11 **Assistant United States Attorney**
   10th Floor Federal Building
12 450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
13 Telephone: +1 415 436 7063
   Facsimile: +1 415 436 6748
14
   Attorneys for Defendant
15
   UNITED STATES OF AMERICA
16

17                    IN THE UNITED STATES DISTRICT COURT

18                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                             SAN FRANCISCO DIVISION

20  NIDIA A. GONZALEZ,                    | **Case No.  C-10-1387 CRB**

21         Plaintiff,                     | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FINAL DATE FOR DISPOSITIVE MOTIONS AND [PROPOSED] ORDER**

22    v.

23  UNITED STATES OF AMERICA,

24         Defendant.

25

26         Pursuant to the Court's Order Setting Case Management Conference, the parties stipulate to

27  continue the Case Management Conference scheduled for March 18, 2011 to March 25, 2011 at 8:30

28  A.M.  The reason for the continuance is that the Parties have reached a tentative settlement

                                             1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/437413.1

Case No. C-10-1387 CRB
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

agreement that was approved today, March 11, 2011 by the U.S. Department of Justice Tax Division in Washington, D.C. The parties are memorializing the settlement and anticipate filing a final disposition pleading with the Court by March 18, 2011.

Dated: March 11, 2011     BAKER & McKENZIE LLP

By: /s/ SCOTT H. FREWING
   Scott H. Frewing
   Attorneys for Plaintiff
   NIDIA A. GONZALEZ

Dated: March 11, 2011     MELINDA HAAG
   United States Attorney

By: /s/ BLAKE D. STAMM
   Blake D. Stamm
   Assistant United States Attorney
   Tax Division

Pursuant to the stipulation of the parties, the Case Management Conference scheduled for March 18, 2011 is vacated and the Case Management Conference shall be held on March 25, 2011 at 8:30 A.M.

**IT IS SO ORDERED**.

Dated: March 16, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

2
Case No. C-10-1387 CRB
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/437413.1