Scott H. Frewing, State Bar No. 191311
Katherine T. Sakoda, State Bar No. 264839
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299
scott.frewing@bakermckenzie.com
katherine.sakoda@bakermckenzie.com

Attorneys for Plaintiff

NIDIA A. GONZALEZ

Melinda Haag, CABN 132612
**United States Attorney**
Thomas Moore ASBN 4305-078T
**Chief, Tax Division**
Blake D. Stamm, CTBN 301887
**Assistant United States Attorney**
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: +1 415 436 7063
Facsimile: +1 415 436 6748

Attorneys for Defendant

UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIDIA A. GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | **Case No. C-10-1387 CRB**<br><br>**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL** |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

1

Case No. C-10-1387 CRB
STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL

WHEREAS, Plaintiff Nidia Gonzalez filed a complaint on April 5, 2010 alleging wrongful levy.

WHEREAS, the parties are interested in resolving the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

1. The United States agrees the levy imposed by the Internal Revenue Service on Plaintiff Nidia Gonzalez's wages will be limited to a maximum of $400.00 per month.

2. The parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

3. Each party shall bear its own costs and attorneys' fees.

4. Nothing in this Stipulation of Settlement shall be construed as an admission or concession of liability whatsoever by either party regarding any of the allegations made in the Complaint.

5. This Stipulation of Settlement and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose except in an action or proceeding to enforce this Stipulation of Settlement or in a proceeding in which Plaintiff Nidia Gonazlez seeks contribution from parties other than the United States for the amounts collected from her via levy by the Internal Revenue Service.

///
///
///
///
///
///
///
///

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

6. This Stipulation of Settlement embodies the entire agreement of the parties in this matter.

Dated: March 17, 2011                BAKER & McKENZIE LLP

                                     By: /s/ Scott H. Frewing
                                        Scott H. Frewing
                                        Attorneys for Plaintiff
                                        NIDIA A. GONZALEZ

Dated: March 17, 2011                MELINDA HAAG
                                     United States Attorney


                                     By: /s/ Blake D. Stamm
                                        Blake D. Stamm
                                        Assistant United States Attorney
                                        Tax Division


Pursuant to the Settlement Stipulation of the parties, the above-captioned action shall be dismissed, with prejudice.

**IT IS SO ORDERED**.

Dated: March 18, 2011
                                     _____
                                     CHARLES R. BREYER
                                     UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

3

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. C-10-1387 CRB
STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL